SANDERS, J., is of the opinion that a writ should be granted.

168 So.2d 821

**Earl HIRSH and A & M Pest Control Service, Inc.**

**v.**

**Dennis MILLER.**

No. 47525.

Dec. 1, 1964.

In re: Dennis Miller and Dennis Miller Pest Controls, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 167 So. 2d 539.

The application is denied. The judgment complained of is not a final one. The rights of applicant if any, are reserved by law.